```
                 UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT
                                   :
CREDLE BROWN                       :
                                   :
v.                                 :   CIV. NO. 3:04CV1167 (WWE)
                                   :
DCF, et al                         :
```

<u>ORDER ON DEFENDANT'S MOTION FOR RECONSIDERATION</u>

<u>ON BILL OF COSTS [Doc. #145]</u>

The Clerk of the Court issued a ruling denying without prejudice Defendant's Court Reporter fees for the depositions of Ivy Santiago, Jackie Bellino and Linda Fusco.[1]  Defendants move for reconsideration.

Local Rule 54(c)(2)(ii) allows for the recovery of the "cost of an original and one copy of deposition transcripts...if used in support of a successful motion for summary judgment, or if they are necessarily obtained for the preparation of the case and not for the convenience of counsel."  Although direct excerpts were not contained in their summary judgment submission, defense counsel claims that they were necessarily obtained in the preparation of the case.  Based on this representation, the Court finds these costs recoverable and awards Court Reporter Fees in the amount of $528.32 for the depositions of Ivy Santiago, Jackie Bellino and Linda Fusco.

SO ORDERED at Bridgeport this 31st day of August 2008.

```
                         _____/s/_____
                         HOLLY B. FITZSIMMONS
                         UNITED STATES MAGISTRATE JUDGE
```

---

[1]These three depositions were taken by the plaintiff.